UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRACEY VILLALBA,

    Plaintiff,

v.                                                                       Case No.: 2:20-cv-106-FtM-38NPM

SHARECARE, INC.,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is Defendant's Supplement to Notice of Removal and Response to Order to Show Cause. (Doc. 6). The Court ordered Defendant to show cause why this case should not be remanded for lack of subject-matter jurisdiction. (Doc. 5). Specifically, Defendant's Notice of Removal (Doc. 1) did not establish an amount in controversy over $75,000. In its Supplement, Defendant provides detailed calculations of Plaintiff's claims for back and front pay, along with supporting argument related to the compensatory damages and attorney's fees sought. These figures buttress the Notice of Removal, which provided Plaintiff's post-suit demand letter for an amount over $75,000. In short, Defendant met its burden to show the amount in controversy "more likely than not exceeds the jurisdictional requirement." *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1061 (11th Cir. 2010) (alteration accepted and citation omitted). Because the Court is satisfied on subject-matter jurisdiction, it will take no further action on its Order.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

The Court will take **NO FURTHER ACTION** on its Order to Show Cause (Doc. 5).

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of March, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record