UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **TRACEY VILLALBA**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**SHARECARE, INC.,** a Delaware corporation,<br><br>Defendant. | CIVIL ACTION<br><br>Case No.  2:20-cv-106<br><br>Judge: Sheri Polster Chappell<br><br>Mag. Judge: Nicholas P. Mizell |

### NOTICE OF PENDENCY OF RELATED ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X____  IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Villalba v. Sharecare, Inc.*, Case No. 19-CA-4831, in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

_____   IS NOT  related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

Dated: March 11, 2020

**s/ Benjamin H. Yormak**
Benjamin H. Yormak
Florida Bar Number 71272
Trial Counsel for Plaintiff
Yormak Employment & Disability Law
9990 Coconut Road
Bonita Springs, Florida 34135
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

**s/ Benjamin H. Yormak**
Benjamin H. Yormak