# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

TRACEY VILLALBA

       Plaintiff,

                                  Case No. 2:20-cv-00106-SPC-NPM

v.

SHARECARE, INC.

       Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action:

___ IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

 X  IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Date: March 12, 2020           */s/ Rachel A. Morris*_____
                                  Elizabeth F. Blanco, Esq.
                                  Florida Bar No. 644439
                                  Rachel A. Morris, Esq.
                                  Florida Bar No. 0091498
                                  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                  3350 Buschwood Park Drive, Suite 195
                                  Tampa, Florida 33618
                                  Telephone: (813) 890-2461
                                  Facsimile: (866) 466-3140

eblanco@sessions.legal
rmorris@sessions.legal

*Attorneys for Defendant, Sharecare, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 12th day of March 2020, a copy of the foregoing was filed electronically.  A true and correct copy of the foregoing was sent via email to plaintiff's counsel as described below.

Benjamin H. Yormak, Esq.
Yormak Employment & Disability Law
9990 Coconut Road
Bonita Springs, Florida 34135
byormak@yormaklaw.com

*/s/ Rachel A. Morris*
Attorney