UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRACEY VILLALBA,

       Plaintiff,

v.                               Case No. 2:20-cv-00106-JLB-NPM

SHARECARE, INC.,

       Defendant.

_____/

## ORDER

The mediator reports that the parties have settled.  (Doc. 22.)  Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause.  The Clerk is **DIRECTED** to close the case.

**ORDERED** in Fort Myers, Florida, on December 22, 2020.

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**