UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRACEY VILLALBA,

    Plaintiff,

v.                            Case No. 2:20-cv-00106-JLB-NPM

SHARECARE, INC.,

    Defendant.
_____/

## ORDER

Pursuant to this Court's sixty-day order (Doc. 23), the parties have filed a joint stipulation of dismissal with prejudice (Doc. 24). The stipulation is self-executing. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on January 21, 2021.

*/s/ John L. Badalamenti*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**